In the Matter of Supplementary Proceedings: HUB TOWEL SUPPLY CORP., Judgment Creditor, v. TRINITY BAR & GRILL, INC., Judgment Debtor. FRANCIS H. LEGGETT & Co. and ANTHONY KRAYER, INC., Judgment Creditors, Appellants. — Appeal by other judgment creditors from an order providing that out of a refund due the judgment debtor for surrender of a liquor tax certificate the State retain the sum of $282.40 in payment of taxes due it and the judgment creditor, Hub Towel Supply Corporation, was entitled to the balance and directing the Comptroller to pay $282.40 to the State of New York and the sum of $202.60 to the judgment creditor in satisfaction of the surrender of the liquor license by the judgment debtor. The comptroller does not appeal. The appeal is only by other subsequent judgment creditors. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEOGRE F. O'NEIL REALTY CORPORATION, Respondent, v. JOHN J. CUCCI, Assessor, and Others, Constituting the Board of Review of the City of Binghamton, N. Y., Appellants.— Respondents have appealed from a final order of the Special Term of the Supreme Court reducing assessments on relator's property in the city of Binghamton for the years 1937, 1938 and 1939, on twenty-six different parcels of property. A referee was appointed to take the testimony and make a report. He did so. On conflicting evidence he fixed a valuation on the various pieces of property and the Special Term confirmed his report. There is ample evidence to sustain the findings of the referee. The judgment and order appealed from should be affirmed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNETT HOTEL COMPANY, INC., Respondent, v. JOHN J. CUCCI, Assessor, and Others, Constituting the Board of Review of the City of Binghamton, N. Y., Appellants.— Respondents appeal from a final order of the Special Term reducing assessments on relator's hotel property located in the city of Binghamton for the years 1935 to 1939, inclusive. The referee appointed to hear and report found that the total assessments for these several years should be materially reduced. The valuations for the several years as found by the referee were equalized at the equalization rate stipulated and the court reduced the assessments to the amounts so found, and an order was made confirming the findings of the referee. The evidence is ample to sustain such findings, and the order and judgment appealed from should be affirmed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.